FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 2:24-CV-00051-SAB |
| v. | |
| TONYA HOLSTEIN, | **ORDER DISMISSING CASE** |
| Defendant. | **AND CLOSING FILE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Stipulated Motion to Dismiss, ECF No. 3. Plaintiff is represented by Brian M. Donovan. Defendant has not yet appeared.

Plaintiff informs the Court that they voluntarily dismiss this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Notice indicates that Defendant paid the outstanding debt in full to Plaintiff. Being fully informed, the Court confirms Plaintiff's dismissal and closes the file.

//
//
//
//
//
//
//

**ORDER DISMISSING CASE AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. In accordance with Plaintiff's voluntary dismissal pursuant Rule 41(a), the above-mentioned matter is **DISMISSED without prejudice**.

2. The action is dismissed **without costs or attorneys' fees to any party**.

3. All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 23rd day of April 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE AND CLOSING FILE # 2**